IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SANDRA SIMON,

    Plaintiff,

v.                                                4:22cv321–WS/MAF

UNITED STATES OF AMERICA,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## THIRD REPORT AND RECOMMENDATION

Before the court is the magistrate judge's third report and recommendation (ECF No. 45) docketed August 21, 2024. The magistrate judge recommends that Defendant's motion for summary judgment (ECF No. 28) be granted, Plaintiff having failed to establish one of the elements of her negligent supervision claim. Plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court concludes that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 45) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant's motion for summary judgment (ECF No. 28) is GRANTED.

3. The clerk shall enter judgment, stating: "Judgment is entered in Defendant's favor."

4. The clerk shall close the case.

DONE AND ORDERED this <u>  30th  </u> day of <u>   September   </u>, 2024.

<u>s/ William Stafford                           </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE